In the Matter of the Application of ELINE B. CAMERON, Appellant, for an Order Restraining CHARLES W. BONNER and ANNE C. BONYNGE, Executors, etc., of MARY A. ROBINSON, Deceased, Respondents, from Selling Certain Articles of Personal Property at Public Sale.— Order modified so as to direct that the property be sold under the first, third, fourth and fifth safeguards suggested by the appellant, and as thus modified affirmed, without

costs. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur. Settle order before Mr. Justice Jaycox.